UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BEN BUTLER** | **C.A. NO. 07-386** |
| **VERSUS** | **JUDGE: TYSON** |
| **EXXON MOBIL REFINING AND SUPPLY COMPANY** | **MAG. JUDGE: NOLAND** |

### ORDER

Considering the foregoing motion to stay remaining scheduling order deadlines and motion for expedited hearing,

**IT IS ORDERED** that Exxon Mobil Corporation's motion for expedited hearing on staying the scheduling order deadlines is GRANTED;

**IT IS FURTHER ORDERED** that the following remaining deadlines in the October 11, 2007, October 22, 2007 and February 8, 2008 scheduling orders (Docs. 8, 12 and 20) are stayed until further notice from the Court:

| | |
|---|---|
| August 8, 2008: | Deadline for ExxonMobil's disclosure of identities of experts on liability/disability aspect of the case |
| October 9, 2008: | Deadline for ExxonMobil's experts' reports on liability/disability aspect of the case |
| December 15, 2008: | Deadline for completion of expert discovery on liability/disability aspect of the case |
| January 30, 2008: | Dispositive motion deadline |

1

**IT IS FURTHER ORDERED** that Exxon Mobil Corporation contact the Court within five (5) business days after the Court issues a ruling on the pending motion in limine to exclude and/or limit testimony of plaintiff's treating health care providers on the issue of liability/disability to schedule a status conference in which the remaining deadlines referenced herein and stayed by virtue of this order may be reset.

Signed in Baton Rouge, Louisiana, on August 7, 2008.

_____
**MAGISTRATE JUDGE CHRISTINE**